IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DENNIS T. HUTTO,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4377

Opinion filed May 16, 2017.

An appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

Dennis T. Hutto, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Bryan Jordan, Senior Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     In response to this court's show cause order, the state conceded that the trial

court first failed to issue an order pursuant to State v. Spencer, 751 So. 2d 47 (Fla.

1999), prior to barring appellant from filing any pro se filings without the signature of a member of The Florida Bar. We therefore reverse and remand the order on appeal because the lower court must first comply with <u>Spencer</u> before prohibiting pro se filings.

REVERSED AND REMANDED.

WETHERELL, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.